■
**Joseph WASKUL, Appellant, v. UNITED STATES of America, Appellee.**

No. 9741.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1944.

Victor F. Schmidt, of Rossmoyne, Ohio, for appellant.

Byron B. Harlan, of Dayton, Ohio, for appellee.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause being submitted on the record, arguments and briefs of counsel and the court being fully advised, the judgment is affirmed. Rase v. United States, 6 Cir., 129 F.2d 204.